FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MICHAEL BARNETTE MASON, | No. SACV 08-1101-JFW (AGR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| V.M. ALMAGER, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 11/24/08

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE